IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>    v.<br><br>ABDIL SAEZ,<br><br>     Defendant. | CASE NO.  1:24-CR-000169<br><br>ORDER UNSEALING CASE |

The government having moved to unseal the above captioned case,

IT IS ORDERED that the case is hereby unsealed.

IT IS SO ORDERED.

Dated: __December 13, 2024__　　　　　　　　　　／s／ Stanley A. Boone

                STANLEY A. BOONE
                United States Magistrate Judge

Order Unsealing Case            1