1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    ABDIL SAEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:24-cr-00169-KES

12              Plaintiff,             STIPULATION TO VACATE AND WAIVE
                                       PRELIMINARY HEARING AND SET STATUS
13  vs.                                CONFERENCE; ORDER

14  ABDIL SAEZ,

15              Defendant.

16

17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Abdil Saez, that the preliminary hearing

21  currently scheduled for February 5, 2025, at 2:00 p.m., be vacated, and that the matter be set for

22  a status conference on February 27, 2025, at 2:00 p.m.

23        On January 8, 2025, the parties set this supervised release violation matter for a

24  preliminary hearing on February 5, 2025, at 2:00 p.m. However, by and through this stipulation

25  Mr. Saez hereby agrees to waive his right to a preliminary hearing on the supervised release

26  violation petition allegations and agrees that the preliminary hearing currently scheduled can be

27  vacated. Additionally, in order to provide counsel for Mr. Saez additional time to review and

28  investigate the instant matter, to meet with Mr. Saez and to discuss the matter with Mr. Saez, and

1    to provide time for the parties to engage in further resolution discussions, the parties are in

2    agreement to continue this matter to February 27, 2025, at 2:00 p.m. for a status conference.

3         The requested continuance is made with the intention of conserving time and resources

4    for both the parties and the Court. The requested date is a mutually agreeable date for both

5    parties. As this is a supervised release violation matter, no exclusion of time is necessary.

6

7                               Respectfully submitted,

8                               Michele Beckwith
                                Acting United States Attorney

9

10    Date: January 31, 2025          */s/ Michael Tierney*
                                 MICHAEL TIERNEY

11                               Assistant United States Attorney
                                 Attorney for Plaintiff

12

13                               HEATHER E. WILLIAMS
                                 Federal Defender

14

15    Date: January 31, 2025          */s/ Reed Grantham*
                                 REED GRANTHAM

16                               Assistant Federal Defender
                                 Attorney for Defendant

17                               ABDIL SAEZ

18

19

20

21

22

23

24

25

26

27

28

Saez – Stipulation
and Proposed Order

1

**O R D E R**

2        **IT IS HEREBY ORDERED** that the preliminary hearing previously set for February 5,

3    2025, at 2:00 p.m. is vacated. A status conference is hereby set for February 27, 2025, at 2:00

4    p.m.

5

6    IT IS SO ORDERED.

7

     Dated:   **January 31, 2025**                    /s/ *Erica P. Grosjean*

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Saez – Stipulation
and Proposed Order

3