HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ABDIL SAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ABDIL SAEZ,<br><br>　　　　　　　Defendant. | Case No. 1:24-cr-00169-KES<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:　April 14, 2025<br>Time:　9:30 a.m. |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Abdil Saez, that the sentencing hearing currently scheduled for March 31, 2025, at 9:30 a.m. may be continued to April 14, 2025, at 9:30 a.m.

　　　　On February 27, 2025, Mr. Saez admitted Charges 6 and 7 of the supervised release violation petition. *See* Dkt. #32. The probation office filed its dispositional memorandum on March 19, 2025. *See* Dkt. #35. Counsel for Mr. Saez requires additional time to discuss sentencing with Mr. Saez and to obtain documents relevant for the sentencing hearing. Accordingly, counsel for Mr. Saez is requesting that sentencing in this matter be continued two weeks to April 14, 2025. Neither the government nor probation objects to this request and the date was confirmed with the assigned probation officer.

　　　　The requested continuance is made with the intention of conserving time and resources

for both the parties and the Court. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: March 26, 2025                */s/ Michael Tierney*
                                    MICHAEL TIERNEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: March 26, 2025                */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ABDIL SAEZ


## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, March 31, 2025, at 9:30 a.m. be continued to Monday, April 14, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   March 26, 2025                    _____
                                           UNITED STATES DISTRICT JUDGE